IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ZAEVEON TRAMAIN BEAN,<br>Defendant. | ) | Case №: 5:26-MJ-00043-1 CDB<br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied the Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Timothy P. Hennessy, be appointed to represent Defendant effective *nunc pro tunc* to November 5, 2026, for the initial appearance/arraignment only.

IT IS SO ORDERED.

Dated: **November 6, 2026**

[signature]

UNITED STATES MAGISTRATE JUDGE