ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ZAEVEON TRAMAIN BEAN,<br>Defendant. | CASE NO. 5:26-MJ-00043-CDB<br><br>JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE DETENTION HEARING<br><br>DATE: November 10, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE DETENTION HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Detention Hearing on November 10, 2026 in front of the Honorable Christopher D. Baker.

2. The Defendant appeared for an Initial Appearance on November 5, 2026 before the Hon. Christopher D. Baker.

3. The Defendant entered Not Guilty pleas at that time.

4. In advance of the Initial Appearance, the Pre-Trial Services office completed a Non-Interview pre-trial report. The Defendant was not able to be interviewed for that report.

5. At the Initial Appearance, the government sought to detain the Defendant.

6. In order to prepare a supplemental report following an interview with the Defendant, the

Defendant requested an interview with the Pre-Trial Services officer be conducted, and a detention hearing be scheduled for November 10, 2026 at 2:30PM.

7. On November 6, 2026, the Pre Trial Services officer notified the parties that he would be unable to access the Defendant for an interview until November 10, 2026 at 11am.

8. As a result, the Defendant now requests the Detention Hearing currently scheduled for November 10, 2026 be continued to November 12, 2026 in order for the Pre-Trial Services office to have a chance to interview the Defendant, and for the parties to have ample time to review the supplemental report generated thereafter.

9. The government does not object to this continuance.

10. It should also be noted that the matter is unable to be heard on November 11, 2026 due to the Veteran's Day federal holiday.

11. As a result, the parties jointly request and stipulate that the November 10, 2026 Detention Hearing in the above matter be continued to November 12, 2026.

IT IS SO STIPULATED.

///

///

Dated: November 9, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: November 9, 2026

/s/ TIMOTHY HENNESSY
TIMOTHY HENNESSY
Counsel for Defendant
ZAEVEON TRAMAIN BEAN

**~~[PROPOSED]~~ ORDER**

Based upon the stipulation and representations of the parties, the Court orders the Detention Hearing currently set on November 10, 2026, be continued until November 12, 2026, at 2:30 PM.

IT IS SO ORDERED.

Dated: **November 9, 2026**

UNITED STATES MAGISTRATE JUDGE